IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NADER IBRAHIM, | } |
| Plaintiff, | } |
| v. | } CIVIL ACTION NO. H-05-1989 |
| S. MARK STRAWN, ESQ., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with this Court's opinion of the same date, this action is **DISMISSED**.

**SIGNED** at Houston, Texas, this 28th day of November, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE